FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 6:08 pm, Sep 04, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO: 6:25cr-14 |
| | ) |
| v. | ) 8 U.S.C. § 1326 |
| | ) Illegal Re-entry After Removal |
| JOSE HERNANDEZ-PEREZ | ) |
|     a/k/a "CARLOS DAVID | ) |
|         DUVON-CORTEZ," | ) |
|     a/k/a "CARLOS DAVID DUBON" | ) |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Illegal Re-entry After Removal*
8 U.S.C. § 1326

On or about August 3, 2025, in Screven County, within the Southern District of Georgia, the Defendant,

JOSE HERNANDEZ-PEREZ
a/k/a "CARLOS DAVID DUVON-CORTEZ,"
a/k/a "CARLOS DAVID DUBON,"

an alien, was found in the United States after having been removed therefrom on or about May 11, 2017, at or near El Paso, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) & (b)(1) and (b)(2).

A True Bill.

_____
Foreperson

_____
Margaret E. Heap
United States Attorney

_____
Kelsey L. Scanlon
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

2