UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA          )
                                  )
                                  )
                                  )
v.                                )          CR625-014
                                  )
JOSE HERNANDEZ-PEREZ              )

ORDER ON MOTION FOR LEAVE OF ABSENCE

Ryan D. Langlois having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT Ryan D. Langlois be granted leave of absence for the following periods:   October 10, 2025 through October 13, 2025 and October 23, 2025 through October 27, 2025.

SO ORDERED, this the ___16th___ day of September, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA