**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR625-014 |
| | ) | |
| JOSE HERNANDEZ-PEREZ | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Ryan D. Langlois** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Ryan D. Langlois** be granted leave of absence for the following periods:  March 13, 2026; May 21, 2026 through May 25, 2026.

**SO ORDERED**, this the _____ day of February, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA